UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL MOORE, | No. EDCV 09-1355 DOC (FFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: July 5, 2010

_____
DAVID O. CARTER
United States District Judge